COPY

"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 2 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS EDWARD SMITH, | ) | Case No. EDCV 08-264-GW (RNB) |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) | |
| HAW, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: January 22, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE