COPY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 2 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS EDWARD SMITH, | Case No. EDCV 08-264-GW (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| HAWS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 22, 2010

GEORGE H. WU
UNITED STATES DISTRICT JUDGE